RECEIVED
2019 MAY -7 PM 12: 03
CLERK U.S. DIST. COURT
WEST. DIST. OF MO.
KANSAS CITY, MO.

19-cv-363

IN UNITED STATES DISTRICT COURT of MISSOURI WESTERN DIVISION

MARJORIE A. CREAMER
a/k/a THE HUSH      #19 cv-363
v
KCATA

---

Motion to File Complaint
again #4:19-00021
(THE HUSH) Included cases #16-816 and #16-817 Western Dist of MO.
Pursuant to case law
exposure and National Transportation using my name; and using my name being a woman RAPED at work, back to back 1991 April 24 1991

incidents on April 24, 1991
back to back kiss grabbed
and Black Dispatcher (ie supervisor manager)
John Chapman III
Laidlaw Transit Inc.
BUS # DRIVER - Maryow A Creamer
1991 - did not call
police for Assault Battery
and Supervisor Chapman III
neither Rape on Pool Table
and case became case law
because the attorney A.T. Brake
was corrupt and criminal
and not call police nor tell

CREAMER to get
Police Report
and Jail Rapist
Supervisor and all
Men ─────
that day April 24, 1991
CURRENT

Case KC motor, Dist of MO
Western Division
# 4:19—21 closed
filing again due to current
closure of above case

so current harassments, complaints

May 4 2019 Jackson County, KC MO

May 6 2019 Gladstone, Clay County, MO

Bus Drivers harassment to ADA passenger and threaten passenger to get off "their" bus.

The bus drivers are harassing an OLD bus driver 86 F.3rd 167 (10th cir 1996) Marjory A Cramer when case law of 10th cirt is false and book THE HUSH proves this and release Cramer's name from abry case of incident April 24,

RAPE on POOL TABLE
1991 and current as
a passenger 2019.
as being ADA (disabled)

Request Jury Trial

I. parties to Complaint

A. Plaintiff

Maryone A Creamer
PO Box 25164
KC MO 64119
816 872-2803
thehush91@yahoo.com

B. Defendant

KCATA   bus drivers
1200 E. 18th Str.
KC MO 64108
unknown email

816-221-0660

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the designated information for this type of case. *(Check all that apply)*

[X] Federal question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. *transportation*

*ADA*

*42 USC 12101 et seq*

[ ] Suit against the Federal Government, a federal official, or a federal agency

List the federal officials or federal agencies involved, if any.

_____
_____
_____

[ ] Diversity of Citizenship

These are cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

    A.    The Plaintiff(s)

        The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

        *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

3

B. The Defendant(s)

1. If the defendant is an individual

    The defendant, (name) _____, is a citizen of the State of (name) __MO__. Or is a citizen of (foreign nation) _____.

2. If the defendant is a corporation   KCATA

    The defendant, (name) _____, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____. Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

C. The Amount in Controversy    28 years

The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because *(explain)*:

Restitution
as bus driver   8.50 p/hr
                x 40
                x 12

## III. Statement of Claim

Write a short and plain statement of FACTS that support your claim. Do not make legal arguments. You must include the following information:

- What happened to you?    Sex fort
- What injuries did you suffer?   Rapes
- Who was involved in what happened to you?

x 28 years

X prostitute
harassment
10 years  KC

4

- How were the defendants involved in what happened to you?

- Where did the events you have described take place?

- When did the events you have described take place?

If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Complaint forms KCATA

Calls KCATA

KCATA bus drivers threaten to throw me of bus and call police have done in past in cold winter icy snow months

### IV. Relief

State briefly and precisely what damages or other relief you want from the Court. Do not make legal arguments.

May 4

May 6 10 year harassment

Do you claim the wrongs alleged in your complaint are continuing to occur at the present time?
Yes [X]  No [ ]

Do you claim actual damages for the acts alleged in your complaint?
Yes [X]  No [ ]

Do you claim punitive monetary damages?
Yes [X]  No [ ]

86 F-3rd 167 (10th cir 1996) FALSE

5

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

See calculations on previous page

28 years restitution as a Bus driver Filling Charges

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: May 7, 20 19

Signature of Plaintiff _Marc A Creamer_
Printed Name of Plaintiff  MARJORIE A CREAMER
a/k/a THE HUSH

nonfiction book as a Raped Bus driver at Work on a POOL TABLE April 24, 1991

28 Years ago

Government transportation and ADA passengers due to False/coverup